WESTERN SAND & GRAVEL, INC.

v.

W. Edward WOOD.

No. 81–142–M.P.

Supreme Court of Rhode Island.

May 28, 1981.

Nancy A. Palmisciano, Providence, for petitioner.

Charles E. Di Leva, Legal Counsel, Department of Environmental Management, Providence, for respondent.

## ORDER

The petition for writ of certiorari is denied.